AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| STEVEN HILL, Derivatively on Behalf of APPLE INC. <br><br> *Plaintiff(s)* <br> v. <br> TIMOTHY D. COOK, LUCA MAESTRI, KEVAN PAREKH, ARTHUR D. LEVINSON, WANDA AUSTIN, ALEX GORSKY, ANDREA JUNG, MONICA LOZANO, RONALD D. SUGAR, and SUSAN L. WAGNER, Defendants, and, APPLE, INC., Nominal Defendant. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-5364 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  APPLE, INC.

   Principle Address: One Apple Park Way, Cupertino, CA 95014

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Anderson Berry
   CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION
   865 Howe Avenue
   Sacramento, CA 95825
   Tel: (916) 239-4778
   Email: aberry@justice4you.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                               CLERK OF COURT
                                                                               Mark B. Busby

Date:  6/27/25                                                      *Cindy Hernandez*
                                                                               *Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-CV-5364

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Apple, Inc.</u> was received by me on *(date)* <u>06/30/2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Sarai Marin</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Apple, Inc.</u> on *(date)* <u>Mon, Jun 30 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ <u>75.00</u> for services, for a total of $ <u>$75.00</u>.

I declare under penalty of perjury that this information is true.

Date: 07/01/2025

*Server's signature*

Dean DeVito, Registered Process Server, 2023134466 - LA County

*Printed name and title*

Process2Serve, LLC
201 N Brand Blvd. Unit 200, Glendale, CA 91203

*Server's address*

Additional information regarding attempted service, etc.:
**Also Served: Verified Shareholder Derivative Complaint; Civil Cover Sheet; Verification of Steven Hill**