Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HILL, Derivatively on Behalf of Nominal Defendant APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. COOK, LUCA MAESTRI, KEVAN PAREKH, ARTHUR D. LEVINSON, WANDA AUSTIN, ALEX GORSKY, ANDREA JUNG, MONICA LOZANO, RONALD D. SUGAR and SUSAN L. WAGNER, <br><br> Defendants, <br><br> and <br><br> APPLE INC., <br><br> Nominal Defendant. | Case No. 5:25-cv-05364-NW <br><br> Judge Noël Wise <br><br> **STIPULATION CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** <br><br> **\*\*AS MODIFIED\*\*** |

[Additional caption on following page]

| | |
|---|---|
| SAMHITA GERA and DENISH BHAVSAR, derivatively on behalf of APPLE INC., | Case No.: 5:25-cv-06168-NW |
| Plaintiff, | Judge Noël Wise |
| v. | |
| TIMOTHY D. COOK, LUCA MAESTRI, KEVAN PAREKH, ARTHUR D. LEVINSON, WANDA AUSTIN, ALEX GORSKY, ANDREA JUNG, MONICA LOZANO, RONALD D. SUGAR and SUSAN L. WAGNER, | |
| Defendants, | |
| and | |
| APPLE INC., | |
| Nominal Defendant. | |

WHEREAS, on June 26, 2025, plaintiff Steven Hill filed a shareholder derivative action on behalf of nominal defendant Apple Inc. ("Apple" or the "Company") in this Court alleging causes of action for breach of fiduciary duty, gross mismanagement, unjust enrichment, waste of corporate assets, aiding and abetting, insider trading, for violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and for violations of Sections 24400 and 25500 of the California Corporations Code against defendants Timothy D. Cook ("Cook"), Luca Maestri ("Maestri"), Kevan Parekh ("Parekh"), Arthur D Levinson ("Levinson"), Wanda Austin ("Austin"), Alex Gorsky ("Gorsky"), Andrea Jung ("Jung"), Monica Lozano ("Lozano"), Ronald D. Sugar ("Sugar"), and Susan L. Wagner ("Wagner") (the "Individual Defendants" and, together with the Company, "Defendants"), captioned *Hill v. Apple Inc.*

*et al*, Case No. 5:25-cv-05364-NW (the "*Hill* Action");

WHEREAS, on July 22, 2025, plaintiffs Samhita Gera and Denish Bhavsar (together with plaintiff Steven Hill, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant Apple in this Court alleging causes of action against the Individual Defendants for breach of fiduciary duty, unjust enrichment, gross mismanagement, waste of corporate assets, abuse of control, and for violations of Sections 14(a), 10(b), and 20(a) of the Exchange Act, and for contribution under Sections 10(b) and 21D of the Exchange Act against defendants Cook, Maestri, and Parekh, captioned *Gera v. Cook et al*, Case No. 5:25-cv-06168-NW (the "*Gera* Action" and, together with the *Hill* Action, the "Related Derivative Actions");

WHEREAS, on August 12, 2025, the Court ordered that the Related Derivative Actions were related to each other and to the securities class actions captioned *Tucker v. Apple Inc. et al*, Case No. 5:25-cv-05197-NW and *City of Coral Springs Police Officers Pension Plan v. Apple Inc., et al.*, Case No. 3:25-cv-06252-NW (the "Securities Class Actions") (ECF No. 11);

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Gainey McKenna & Egleston and The Brown Law Firm, P.C., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated derivative action; and

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

1  WHEREAS, Defendants take no position regarding appointment of Co-Lead Counsel for plaintiffs.

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for plaintiffs pursuant to the following terms:

1. The Parties shall have 60 days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints until the date set by the Court in ruling on the proposed schedule.

2. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 5:25-cv-05364-NW (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Hill v. Apple Inc. et al* | 5:25-cv-05364-NW | June 26, 2025 |
| *Gera v. Cook et al* | 5:25-cv-06168-NW | July 22, 2025 |

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re Apple Inc. AI Derivative Litigation

~~STEVEN HILL, Derivatively on Behalf of Nominal Defendant APPLE INC.,~~

~~Plaintiff,~~

~~v.~~

~~TIMOTHY D. COOK, LUCA MAESTRI, KEVAN PAREKH, ARTHUR D. LEVINSON, WANDA AUSTIN, ALEX GORSKY, ANDREA JUNG, MONICA LOZANO, RONALD D. SUGAR and SUSAN L. WAGNER,~~

Lead Case No. 5:25-cv-05364-NW

(Consolidated)

Defendants.

This Document Relates to:

ALL ACTIONS

4. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 5:25-cv-05364-NW.

5. Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

6. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead

1  Counsel.

2  8. Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Apple Inc. AI Derivative Litigation* [~~*In re Apple Inc. Derivative Litigation*~~], Lead Case No. 5:25-cv-05364-NW, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Apple Inc. AI Derivative Litigation* [~~*In re Apple Inc. Derivative Litigation*~~], Lead Case No. 5:25-cv-05364-NW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Apple filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

10. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Dated: August 15, 2025

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiffs Gera and Bhavsar and [Proposed] Co-Lead Counsel for Plaintiffs*

**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**

*/s/ Gregory Haroutunian*
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com
Email: bjack@justice4you.com

*Local Counsel for Plaintiff Hill*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gma-law.com

*Counsel for Plaintiff Hill and [Proposed] Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

*/s/ Whitney Weber*
Melanie Marilyn Blunschi
Whitney Weber
Jordan Mundell
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8129
Fax: (415) 395-9095
Email: melanie.blunschi@lw.com
Email: whitney.weber@lw.com
Email: jordan.mundell@lw.com

Michele D. Johnson
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: Michele.Johnson@lw.com

Jason C. Hegt (*pro hac vice forthcoming*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
Email: jason.hegt@lw.com

8
STIPULATION CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND
APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS

*Counsel for Defendants*

\* \* \*

~~[PROPOSED]~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  AS MODIFIED.

DATED: September 24, 2025                    _____
                                             Hon. Noël Wise