1  **LATHAM & WATKINS LLP**
   Melanie M. Blunschi (Bar No. 234264)
2    melanie.blunschi@lw.com
   Whitney B. Weber (Bar No. 281160)
3    whitney.weber@lw.com
   Jordan Mundell (Bar No. 324110)
4    jordan.mundell@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: +1.415.391.0600
6
   Michele D. Johnson (Bar No. 198298)
7    michele.johnson@lw.com
   650 Town Center Drive, 20th Floor
8  Costa Mesa, California 92626
   Telephone: 714.540.1235
9
   Jason C. Hegt (*pro hac vice*)
10   *jason.hegt*@lw.com
   1271 Avenue of the Americas
11 New York, NY 10020
   Telephone: 212.906.1200
12
   *Attorneys for Defendants Timothy D. Cook,*
13 *Luca Maestri, Kevan Parekh, Arthur D.*
   *Levinson, Wanda Austin, Alex Gorsky, Andrea*
14 *Jung, Monica Lozano, Ronald D. Sugar, Susan*
   *L. Wagner, and Nominal Defendant Apple Inc.*
15
16 [Additional Counsel on Signature Block]

17
                 **UNITED STATES DISTRICT COURT**
18
                 **NORTHERN DISTRICT OF CALIFORNIA**
19
                         **SAN JOSE DIVISION**
20

21 | In re Apple Inc. AI Derivative Litigation | Lead Case No. 5:25-cv-05364-NW |
22 |  | **STIPULATION AND [PROPOSED] ORDER STAYING CASE** |
23 | This Document Relates to: |  |
24 | ALL ACTIONS |  |

25

26

27

28

Plaintiffs Steven Hill, Samhita Gera, and Denish Bhavsar (collectively, "Plaintiffs"), Defendants Timothy D. Cook, Luca Maestri, Kevan Parekh, Arthur D. Levinson, Wanda Austin, Alex Gorsky, Andrea Jung, Monica Lozano, Ronald D. Sugar, Susan L. Wagner (the "Individual Defendants"), and nominal defendant Apple Inc. ("Apple" or the "Company" and, with the Individual Defendants, "Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 26, 2025, Plaintiff Hill filed a putative verified shareholder derivative complaint on behalf of Apple against the Individual Defendants, asserting claims for breach of fiduciary duty, waste of corporate assets, unjust enrichment, insider trading, and violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and California Corporations Code §§ 24400, 25500, *et seq.*, captioned *Hill v. Apple Inc. et al*, Case No. 5:25-cv-05364-NW (the "*Hill* Action");

WHEREAS, on July 22, 2025, plaintiffs Samhita Gera and Denish Bhavsar filed a putative shareholder derivative action on behalf of Apple against the Individual Defendants, asserting claims for breach of fiduciary duty, unjust enrichment, gross mismanagement, waste of corporate assets, abuse of control, and for violations of Sections 14(a), 10(b), and 20(a) of the Exchange Act, and for contribution under Sections 10(b) and 21D of the Exchange Act against Defendants Cook, Maestri, and Parekh, captioned *Gera v. Cook et al*, Case No. 5:25-cv-06168-NW (the "*Gera* Action");

WHEREAS, on September 24, 2025, the Court (1) consolidated the *Hill* Action and the *Gera* Action into the above-captioned action ("Consolidated Derivative Action"), and (2) appointed Gainey McKenna & Egleston and The Brown Law Firm, P.C. as Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action;

WHEREAS, on October 15, 2025, the Court set a Case Management Conference for March 3, 2025 (Dkt. 25);

WHEREAS, there is a related securities class action pending in this Court, captioned *City of Coral Springs Police Officers Pension Plan v. Apple Inc., et al.*, Case No. 3:25-cv-06252-NW, filed on July 25, 2025, that alleges violations of Sections 10(b) and 20(a) of the Exchange

Act by Apple and Defendants Cook, Maestri, and Parekh based on factual allegations substantively similar to those in the Consolidated Derivative Action (the "Related Securities Action");

WHEREAS, on October 22, 2025, the Parties filed a stipulation to stay the Consolidated Derivative Action until all motion(s) to dismiss in the Related Securities Action in the Related Securities Action have been finally and fully resolved on the merits (Dkt. 29);

WHEREAS, on October 24, 2025, the Court granted in part and denied in part the Parties' stipulation and stayed the Consolidated Derivative Action through February 21, 2026, when it "anticipate[d] that any motions in the related case will be at issue by that date, freeing the parties in this action to discuss next steps at that time." Dkt. 30. The Court noted that the "parties may renew their stipulation if necessary as the lapse of the stay approaches" (*id.*);

WHEREAS, on December 16, 2025, the Court entered a case schedule in the Related Securities Action, in which lead plaintiff will file an amended compliant on January 28, 2026; defendants will file a motion to dismiss on February 25, 2026; lead plaintiff will file an opposition brief on March 25, 2026; and defendants will file a reply brief on April 8, 2026. Related Securities Action, Dkt. 54. The Court also scheduled a hearing on defendants' motion to dismiss for May 20, 2026 (*id.*); and

WHEREAS, because defendants' motion(s) to dismiss in the Related Securities Action will not be resolved before the stay lapses in this action, the Parties agree that the stay should be extended until the final resolution of all motion(s) to dismiss in the Related Securities Action;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The Consolidated Derivative Action, including all deadlines, hearings, and conferences, as well as any discovery, is hereby stayed until all motion(s) to dismiss in the Related Securities Action have been finally and fully resolved on the merits, including that any appeals have concluded or the time for seeking appellate review has passed with no further action.

2.   The Case Management Conference currently scheduled for March 3, 2026 and related deadlines shall be vacated and continued until after resolution of all motion(s) to dismiss in the Related Securities Action, at a date convenient to the Court.

3.   Notwithstanding the above, any of the Parties to the Consolidated Derivative Action may request that the Court lift the voluntary stay upon good cause shown by giving the other Parties at least ten (10) business days' written notice that they believe such good cause exists and thereafter bringing the matter to the Court's attention and requesting that the stay of the Consolidated Derivative Action be lifted.  If contested, the Parties shall work together to propose a briefing schedule on whether good cause exists to lift the stay.

4.   The Consolidated Derivative Action is stayed without waiver of any claims, defenses or objections, or that the claims were timely made in the Consolidated Derivative Action, and without waiver or prejudice to Defendants' right to file a motion to transfer.

5.   Upon the final resolution of all motion(s) to dismiss in the Related Securities Action, the Parties shall, within fifteen (15) days, meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly within such fifteen (15) days.

**IT IS SO STIPULATED.**

Dated: February 10, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Whitney B. Weber*
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
  whitney.weber@lw.com
Jordan Mundell (Bar No. 324110)
  jordan.mundell@lw.com
505 Montgomery Street, Suite 2000

San Francisco, CA 94111
Telephone:  415.391.0600

Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: 714.540.1235

Jason C. Hegt (*pro hac vice forthcoming*)
*jason.hegt@lw.com*
1271 Avenue of the Americas
New York, New York 10022
Telephone:  212.906.1200

*Attorneys for Timothy D. Cook, Luca Maestri, Kevan Parekh, Arthur D. Levinson, Wanda Austin, Alex Gorsky, Andrea Jung, Monica Lozano, Ronald D. Sugar, Susan L. Wagner and Nominal Defendant Apple Inc.*


**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
tbrown@thebrownlawfirm.net
767 Third Avenue, Suite 2501
New York, NY 10017
Tel.: (516) 922-5427
Fax: (516) 344-6204

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
tjmckenna@gme-law.com
Gregory M. Egleston
gegleston@gme-law.com
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383

*Co-Lead Counsel for Plaintiffs*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 11, 2026

_____
Hon. Noël Wise
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Staying Case Pending Resolution of Related Securities Action. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Whitney B. Weber, attest that concurrence in the filing of this document has been obtained.

DATED: February 10, 2026          */s/ Whitney B. Weber*
                                  Whitney B. Weber